# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

**Trek Bicycle Corporation,**         Case No. 3:08-CV-00198 (SLC)

    **Plaintiff,**

**v.**

**LeMond Cycling, Inc.,**

    **Defendant.**

## DISCLOSURE STATEMENT

LeMond Cycling, Inc. makes the following disclosure in compliance with Federal Rule of Civil Procedure 7.1:

1. Does the named party have a parent corporation?

    YES _____          NO __X__

    If the answer is YES, identify below the parent corporation:

2. Is 10% or more of the named party's stock owned by a publicly-owned corporation?

    YES _____          NO __X__

    If the answer is YES, identify below the owners:

s/Denise S. Rahne         5/22/08
Signature of Counsel         Date

80067863.1