# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

TREK BICYCLE CORPORATION,

        Plaintiff,

v.                                                                                  Case No. 08-CV-198 (BBC)

LEMOND CYCLING, INC.,

        Defendant.

## DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

Defendant LeMond Cycling, Inc. ("LeMond Cycling"), respectfully moves this Court for an Order dismissing the Complaint in the above-entitled action with prejudice; or, in the alternative, transferring the above-entitled action to the United States District Court for the District of Minnesota pursuant to 28 U.S.C. § 1404(a) and the Court's inherent power to transfer or dismiss actions to avoid wasteful or repetitive litigation. The grounds for this motion are that the above-entitled action is duplicative of an earlier action pending in the District of Minnesota, and may, therefore, properly be dismissed, or in the alternative, transferred to the District of Minnesota where it can be consolidated with pending litigation. The grounds are set forth in

further detail in the Memorandum of Law and Declarations filed by LeMond Cycling, Inc. in support of this motion and the record in this case.

DATED: June 12, 2008

        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

        By  s/Denise S. Rahne
            Christopher W. Madel (#23097)
            Denise S. Rahne (#331314)

        2800 LaSalle Plaza
        800 LaSalle Avenue
        Minneapolis, MN  55402-2015
        (612) 349-8500

        GODFREY & KAHN S.C.
        Todd G. Smith
        Linda S. Schmidt
        One East Main Street, Suite 500
        Post Office Box 2719
        Madison, WI 53701-2719
        Telephone: (608) 284-2653
        Facsimile: (608) 257-0609
        tsmith@gklaw.com

        ATTORNEYS FOR DEFENDANT