**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

Case No. 08-CV-198 (BBC)

TREK BICYCLE CORPORATION,

      Plaintiff,

vs.

LEMOND CYCLING, INC.,

      Defendant.

**DECLARATION OF DENISE S. RAHNE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER**

I, Denise Rahne, being first duly sworn upon oath, depose and state as follows:

1.     I am an attorney representing LeMond Cycling, Inc. (LeMond Cycling). I make this Declaration on personal knowledge and in support of Defendant's Motion to Dismiss or, in the Alternative, Transfer.

2.     Attached to this Declaration as Exhibit 1 is a true and correct copy of Trek's Media Advisory Reminder/Update dated April 7, 2008 that was distributed in advance of Trek's April 8, 2008 employee meeting.

3.     Attached to this Declaration as Exhibit 2 is a true and correct copy of the Memorandum Opinion and Order of the Honorable Richard H. Kyle, dated May 29, 2008.

Dockets.Justia.com

4.    Attached to this Declaration as Exhibit 3 is a true and correct copy of Trek's Memorandum in Support of Transfer, dated April 11, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of June, 2008.        s/Denise S. Rahne
                                             Denise S. Rahne

80127069.1