UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

TREK BICYCLE CORPORATION,

Plaintiff,

vs.

LEMOND CYCLING, INC.,

Defendant.

Case No. 08-CV-198 (BBC)

**DECLARATION OF SIDNEY D. BLUMING IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER**

I, Sidney D. Bluming, declare under penalty of perjury as follows:

1. I am an attorney that represents Plaintiff, LeMond Cycling, Inc. ("LeMond Cycling"). I make this affidavit in support of Defendant's Motion to Dismiss or, in the Alternative, Transfer.

2. Attached as Exhibit 1 is a true and correct copy of an email exchange between me and Mr. Robert Burns, counsel for Trek Bicycle Corporation ("Trek"), that occurred between March 20, 2008 and March 31, 2008 regarding the complaint that LeMond Cycling served on Trek on March 20, 2008.

Executed this 10th day of June, 2008.

_____
Sidney D. Bluming

80125166.1

Dockets.Justia.com