UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

TREK BICYCLE CORPORATION,

    Plaintiff,

v.                                                Case No.   3:08-cv-198

LEMOND CYCLING, INC,

    Defendant.

---

## CERTIFICATE OF ELECTRONIC SERVICE

---

I hereby certify that on June 13, 2008, I electronically filed Trek Bicycle Corporation's Response to LeMond's Motion to Transfer or Dismiss with the Clerk of the Court using the ECF system, which will send notification of such filing to:

    Denise S. Rahne, Esq.
    dsrahne@rkmc.com

    Linda Schmidt
    laschmidt@gklaw.com

    Todd Smith
    tsmith@gklaw.com

    Dated this 16th day of June 2008.

                                      /s/ Ralph A. Weber
                                      Ralph A. Weber, SBN 1001563
                                      Christopher P. Dombrowicki, SBN 1041764
                                      GASS WEBER MULLINS LLC
                                      Attorneys for Plaintiff Trek Bicycle Corporation
                                      309 North Water Street, Suite 700
                                      Milwaukee, WI  53202
                                      Tel:    414-223-3300
                                      Fax:    414-224-6116
                                      weber@gasswebermullins.com
                                      dombrowicki@gasswebermullins.com