IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TREK BICYCLE CORPORATION,

                                                                            ORDER

                Plaintiff,

                                                       08-cv-198-bbc

     v.

LEMOND CYCLING, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant has filed a motion to dismiss or, in the alternative, to transfer venue of this case to the United States District Court for the District of Minnesota pursuant to 28 U.S.C. § 1404(a) on the ground that this action is duplicative of an earlier action pending in that district (District of Minnesota Case No. 08-cv-1010). Plaintiff consents to the transfer.

      Accordingly, IT IS ORDERED that defendant's motion to transfer is GRANTED. The clerk of court is directed to transmit the file to the U.S. District Court for the District of Minnesota as soon as possible.

      Entered this 16th day of June, 2008.

                                                BY THE COURT:
                                                /s/
                                                BARBARA B. CRABB
                                                District Judge