CLOSED, DECLINE_MJ, REASSIGN

# U.S. District Court
# Western District of Wisconsin (Madison)
# CIVIL DOCKET FOR CASE #: 3:08−cv−00198−bbc

Trek Bicycle Corporation v. LeMond Cycling, Inc.
Assigned to: Chief Judge Barbara B Crabb
Referred to: Magistrate Judge Stephen L Crocker
Cause: 28:1332 Diversity−Breach of Contract

Date Filed: 04/08/2008
Date Terminated: 06/17/2008
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Trek Bicycle Corporation**     represented by **Ralph Weber**
Gass Weber Mullins LLC
309 N Water St
Milwaukee, WI 53202
414−223−3300
Email: weber@gasswebermullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher P Dombrowicki**
Gass Weber Mullins LLC
309 N Water St
Milwaukee, WI 53202
414−223−3300
Fax: 414−224−6116
Email: dombrowicki@gasswebermullins.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LeMond Cycling, Inc.**     represented by **Linda Schmidt**
Godfrey &Kahn S.C.
One East Main Street
Suite 500
P.O. Box 2719
Madison, WI 53701−2719
608−257−3911x2611
Fax: 608−257−0609
Email: lschmidt@gklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd Smith**
Godfrey &Kahn, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701
608−257−3911x2653
Email: tsmith@gklaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Denise S. Rahne**
Robins, Kaplan, Miller &Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
612–349–8433
Fax: 612–339–4181
Email: dsrahne@rkmc.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text | QC Email |
|---|---|---|---|
| 04/08/2008 | 1 | **COMPLAINT RE–FILED WITH CORRECT LOGIN/PASSWORD AS DOCKET #2** COMPLAINT against LeMond Cycling, Inc. (Filing fee $350, receipt number 190747) filed by Trek Bicycle Corporation. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 JS–44 Civil Cover Sheet # 4 Summons) (Dombrowicki, Christopher) Modified on 4/14/2008 (Jacobson, Kris): ATTORNEY CONTACTE, ASKED TO RE–FILE WITH CORRECT LOGIN. (Entered: 04/08/2008) | Christopher P Dombrowicki |
| 04/09/2008 | | Judge Stephen L Crocker assigned. (lak) (Entered: 04/09/2008) | Lynn A Kamke |
| 04/09/2008 | | Standard attachments for Magistrate Judge Stephen L. Crocker sent: Briefing Guidelines, Corporate Disclosure Statement, Order regarding assignment of U.S. Magistrate Judge to civil cases, Declination to Proceed before a U.S. Magistrate Judge, Order on Dispositive Motions. (lak) (Entered: 04/09/2008) | Lynn A Kamke |
| 04/09/2008 | | Summons Issued as to LeMond Cycling, Inc. (lak) (Entered: 04/09/2008) | Lynn A Kamke |
| 04/14/2008 | 2 | COMPLAINT against LeMond Cycling, Inc. (Filing fee $350, receipt number 190747) filed by Trek Bicycle Corporation. (Attachments: # 1 Exhibit # 2 Exhibit) (Weber, Ralph) (Entered: 04/14/2008) | Ralph Weber |
| 04/17/2008 | 3 | Corporate Disclosure Statement by Plaintiff Trek Bicycle Corporation. (Dombrowicki, Christopher) (Entered: 04/17/2008) | Christopher P Dombrowicki |
| 05/22/2008 | 4 | ANSWER to Complaint by Defendant LeMond Cycling, Inc.. (Attachments: # 1 Certificate of Service) (Rahne, Denise) (Entered: 05/22/2008) | Denise S. Rahne |
| 05/22/2008 | 5 | Corporate Disclosure Statement by Defendant LeMond Cycling, Inc.. (Attachments: # 1 Certificate of Service) (Rahne, Denise) (Entered: 05/22/2008) | Denise S. Rahne |
| 05/23/2008 | 6 | Set Pretrial Conference: [Standing Order Governing Preliminary Pretrial Conference attached] Counsel for Plaintiff responsible for setting up the call. Pretrial Conference set for 6/19/2008 at 9:00 AM. (arw) (Entered: 05/23/2008) | Andrew R Wiseman |

| Date | # | Description | Filer |
|---|---|---|---|
| 06/12/2008 | 7 | MOTION to Dismiss *or in the Alternative, Transfer Venue* by Defendant LeMond Cycling, Inc. Brief in Opposition due by 7/3/2008, Brief in Reply due by 7/14/2008. (Attachments: # 1 Certificate of Service) (Rahne, Denise) (Entered: 06/12/2008) | Denise S. Rahne |
| 06/12/2008 | 8 | BRIEF in Support by Defendant LeMond Cycling, Inc. re: 7 MOTION to Dismiss *or in the Alternative, Transfer Venue* filed by LeMond Cycling, Inc. (Rahne, Denise) (Entered: 06/12/2008) | Denise S. Rahne |
| 06/12/2008 | 9 | DECLARATION of Denise S. Rahne filed by Defendant LeMond Cycling, Inc. re: 7 MOTION to Dismiss *or in the Alternative, Transfer Venue* filed by LeMond Cycling, Inc. (Attachments: # 1 Exhibit 1 – Media Advisory # 2 Exhibit 2 – Order # 3 Exhibit 3 – Trek's Memorandum) (Rahne, Denise) (Entered: 06/12/2008) | Denise S. Rahne |
| 06/12/2008 | 10 | DECLARATION of Sidney D. Bluming filed by Defendant LeMond Cycling, Inc. re: 7 MOTION to Dismiss *or in the Alternative, Transfer Venue* filed by LeMond Cycling, Inc. (Attachments: # 1 Exhibit 1 – 3/31/08 Email) (Rahne, Denise) (Entered: 06/12/2008) | Denise S. Rahne |
| 06/13/2008 | 11 | BRIEF in Opposition by Plaintiff Trek Bicycle Corporation re: 7 MOTION to Dismiss *or in the Alternative, Transfer Venue* filed by LeMond Cycling, Inc. *Consent to transfer to District of Minnesota.* (Weber, Ralph) Modified docket text on 6/16/2008 (Wiseman, Andrew). *CONTACTED ATTORNEY RE: CERTIFICATE OF SERVICE* (Olson, Marlene). (Entered: 06/13/2008) | Ralph Weber – 06/16/2008 |
| 06/16/2008 | 12 | CERTIFICATE OF SERVICE by Plaintiff Trek Bicycle Corporation re 11 Brief in Opposition, (Weber, Ralph) (Entered: 06/16/2008) | Ralph Weber |
| 06/17/2008 | 13 | ORDER granting 7 MOTION to Transfer to the U.S. District Court for the District of Minnesota. Signed by Judge Barbara B Crabb on 6/16/2008. (arw) (Entered: 06/17/2008) | Andrew R Wiseman |