## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Trek Bicycle Corporation,                    Case No.: 08-CV-2440 (RHK/JSM)


       Plaintiff,                    **NOTICE OF WITHDRAWAL**
                                              **AS COUNSEL OF RECORD**


v.


LeMond Cycling Inc.,


       Defendant.


_____

Pursuant to Rule 83.7(a) and (b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Todd G. Smith and Linda S. Schmidt, currently listed as counsel of record for Defendant LeMond Cycling, Inc. ("LeMond Cycling"), wish to withdraw as counsel for LeMond Cycling in this case. Mr. Smith and Ms. Schmidt appeared as local counsel for LeMond Cycling in the present action solely while it was pending in the United States District Court for the Western District of Wisconsin, Case No. 3:08-CV-00198-BBC. The action was transferred to this Court by Order of the Court on June 16, 2008.

Attorneys Christopher W. Madel and Denise S. Rahne of Robins Kaplan Miller & Ciresi L.L.P. appeared as co-counsel for LeMond Cycling and will continue to represent LeMond Cycling in the above-captioned matter.

80177571.1

Dated:  June 25, 2008                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P**


By:   *s/Denise S. Rahne*
          Christopher W. Madel (#230297)
          Denise S. Rahne (#331314)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile:  612-339-4181

ATTORNEYS FOR PLAINTIFF
LEMOND CYCLING, INC.


GODFREY & KAHN, S.C.
Todd G. Smith
Linda S. Schmidt
P.O. ADDRESS:
One East Main Street, Suite 500
Post Office Box 2719
Madison, WI  53701-2719
Phone:  608-257-3911
Fax:  608-257-0609
tsmith@gklaw.com
lschmidt@glaw.com