UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LEMOND CYCLING, INC..,                          CIVIL NO. 08-1010 (RHK/JSM)

     Plaintiff,

v.

TREK BICYCLE CORPORATION

     Defendant.

_____

TREK BICYCLE CORPORATION,                       CIVIL NO. 08-2440 (RHK/JSM)

     Plaintiff,

v.

LEMOND CYCLING, INC.,

     Defendant.


<u>ORDER FOR CONSOLIDATION</u>

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1.    Pursuant to the unopposed Motion to Consolidate Cases by Trek Bicycle Corporation [Docket No. 27], the matters of Civil No. 08-1010 (RHK/JSM) and Civil 08-2440 (RHK/JSM) are consolidated for all purposes.  The Clerk may close Civil File No. 08-2440 (RHK/JSM), and merge the contents thereof with Civil File No. 08-1010 (RHK/JSM).

2.     All pleadings hereafter filed in these consolidated matters shall bear the caption:

LEMOND CYCLING, INC.,                                   CIVIL NO. 08-1010 (RHK/JSM)

     Plaintiff,

v.

TREK BICYCLE CORPORATION,

     Defendant.


Dated:      June 26, 2008


                          *s/ Janie S. Mayeron*
                          JANIE S. MAYERON
                          United States Magistrate Judge